**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04cv275**

| | |
|---|---|
| **RALPH HOLDEN,** )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>**NEW CINGULAR WIRELESS SERVICES,** )<br>**INC.; EQUIFAX INFORMATION** )<br>**SERVICES, LLC.; TRANS UNION, LLC;** )<br>**and GC SERVICES LTD PARTNERSHIP** )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on the Joint Certification and Report of Initial Attorneys' Conference (#20), which was filed 340 days after the last responsive pleading was filed. Local Rule 16.1(A) required that the Certificate of Initial Attorneys Conference (hereinafter "CIAC")be filed within five days of the Initial Attorney's Conference (hereinafter "IAC"), which was to be held not later than 69 days from the appearance of the a defendant and within 99 days of service of the complaint. L.R. 16.1(A)(W.D.N.C.). The last responsive pleading in this matter was filed on March 21, 2005, by Equifax Information Services, LLC, making the IAC due to be conducted not later than May 30, 2005, with the CIAC due to be filed by June 7, 2005. Respective counsel conducted the IAC on February 22, 2006, and filed the CIAC on February 24, 2006.

In compliance with the directions of the district court, the parties will now be required to appear at an in court Pretrial Conference on March 8, 2006, at 2 p.m. in Courtroom No. 2 in Asheville. Respective counsel should be prepared to discuss why Local Rule 16.1(A) has not been complied with and whether the parties are prepared to try this matter at the next term of court.

The parties are advised that requests to continue this hearing will not be routinely granted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that an Initial Pretrial Conference is **CALENDARED** in this matter for Wednesday, March 8, 2006, at 2 p.m. in Asheville in Courtroom #2.

Signed: February 28, 2006

Dennis L. Howell
United States Magistrate Judge